IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEONARDO BAUTISTA,** :<br>Petitioner : <br> : No. 1:22-cv-01688 <br>v. : <br> : (Judge Kane) <br>**STEPHEN SPAULDING,** : <br>Respondent : | |

### ORDER

**AND NOW**, on this 7th day of June 2023, upon consideration of Petitioner Leonardo Bautista ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania